AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**

AUG 18 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America )
v. )
PHILIP S. GRUENWALD ) Case No.   4:16 MJ 179 DDN
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   1/1/2016-8/18/2016   in the county of   St. Louis County   in the
  Eastern   District of   Missouri  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*
Detective Andrew M. Lucca
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   08/18/2016

*Judge's signature*

City and state:   St. Louis, Missouri        Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*